

FILED
JACKSONVILLE, FLORIDA
JAN 1 2 2011
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: ) Case No. 08-06639-JAF
Arthur Marshall )
)
)
)
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ____ creditor ✓ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: _____

---

Name of Claimant: Arthur Marshall III

Mailing Address: 8323 Justin Rd South

City: Jacksonville   State: Fl   Zip Code: 32210

Telephone Number: Home: (904) 334-6701   Work: _____

Last Four Digits of SS# or Tax ID Number: 3663

Amount of Claim: 3,513.98

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_Arthur Marshall_                    1-12-11
CLAIMANT'S SIGNATURE                 DATE