UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                         Case No. 3:08−bk−06639−JAF
                                                   Chapter 13

Arthur Marshall III

_____Debtor(s)_____/

## ORDER DENYING MOTION FOR RELEASE OF UNCLAIMED FUNDS

This case came on for consideration upon the Motion filed by Arthur Marshall , the debtor in the above captioned case on January 12, 2011 , for release of funds deposited with the United States Treasury as unclaimed dividends. The Court having reviewed the record finds that the motion fails to fulfill the requirements of 28 U.S.C section 2041 and the financial guidelines for the United States Bankrutpcy Court, Middle District of Florida.

Accordingly, it is

ORDERED:

The Motion for Release of Unclaimed Funds filed by claimant, Arthur Marshall and the same hereby is denied without prejudice.

Dated February 8, 2011.

                                                                       Jerry A. Funk
                                                                       United States Bankruptcy Judge

The motion is denied for the following reason(s):

Need to State the Reason for Requesting Unclaimed Funds, Change of Address if Different than whats on Docket and Photocopy of Drivers License.

Copies furnished to:
Debtor
Trustee
US Trustee